IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 99-40600
Conference Calendar

_____

UNITED STATES OF AMERICA,

                                        Plaintiff-Appellee,

versus

BARRY DALE WARD,

                                        Defendant-Appellant.

- - - - - - - - - -
Appeal from the United States District Court
for the Eastern District of Texas
USDC No. 6:89-CR-49-7
- - - - - - - - - -
April 13, 2000

Before WIENER, DeMOSS, and PARKER, Circuit Judges.

PER CURIAM:[*]

    Barry Dale Ward, prisoner number 02935-078, appeals the
district court's denial of his 18 U.S.C. § 3742 motion.  Ward
filed his motion after this court denied relief in his direct
appeal.  The district court lacked jurisdiction to entertain the
motion.  See 18 U.S.C. §§ 3742, 3572; United States v. Early, 27
F.3d 140, 141-42 (5th Cir.); Fed. R. Crim. P. 35.  The judgment
of the district court is AFFIRMED on this alternative basis.  See
Early, 27 F.3d at 142.

_____

    [*] Pursuant to 5TH CIR. R. 47.5, the court has determined
that this opinion should not be published and is not precedent
except under the limited circumstances set forth in 5TH CIR.
R. 47.5.4.